IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:02CR176 |
| ) | |
| v. ) | |
| ) | |
| RAYMOND JOHN OTERO, now known ) | ORDER |
| as RAYMOND MENDOZA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

This matter was before the Court for final dispositional hearing. Defendant appeared with counsel, Glenn Shapiro. Plaintiff was represented by Assistant United States Attorney, Maria Moran.

Defendant had previously admitted the three allegations contained in the petition for warrant or summons for offender under supervision. Based upon defendant's admission, the Court finds defendant has violated the terms and conditions of his probation. Accordingly

IT IS ORDERED:

1) Defendant is committed to the custody of the Bureau of Prisons for a term of twenty-four (24) months, said term to run consecutively to the term of imprisonment imposed in 8:06CR209.

2) At the conclusion of said term of imprisonment, no supervised release will follow.

DATED this 6th day of February, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court