IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

AMENDED
IN RE: Criminal Cases

This matter is before the Court upon the Court's own motion:

IT IS HEREBY ORDERED that government's exhibits in the cases listed below are to be returned to the United States Attorney for appropriate disposition.

| CASE NUMBER | CAPTION |
|---|---|
| 8:96CR46 | USA v. Leon Milton, Ernest Thornton and Jeffrey Mitchell |
| 8:96CR146 | USA v. Vincent Israel Adkins |
| 8:98CR126 | USA v. Ernesto Silverio Contreras |
| 8:98CR126 | USA v. Ricardo Gorrin |
| 8:98CR126 | USA v. Miguel Calderin-Rodriguez |
| 8:00CR127 | USA v. Maria Morrison |
| 8:00CR205 | USA v. Steven Brown, Jr. |
| 8:00CR236 | USA v. Ronald L. Phillips, Jr. |
| 8:00CR236 | USA v. Darrell Howard and Clifton Howard |
| 8:00CR236 | USA v. Darrell Howard |
| 8:01CR231 | USA v. Nathaniel Hughes |
| 8:01CR243 | USA v. William Watson |
| 8:01CR323 | USA v. Michael Hill |
| 8:02CR17 | USA v. Stephen Shine |
| 8:02CR22 | USA v. Buffy Bush |
| 8:02CR216 | USA v. John L. Roddy |
| 8:02CR219 | USA v. Bryan Dorris |
| 8:02CR220 | USA v. Derrick Uraye Stricklin |
| 8:02CR417 | USA v. Fontri Tiller |
| 8:02CR419 | USA v. Lamar Bass |
| 8:02CR421 | USA v. Calvin Williams |
| 4:02CR3025 | USA v. Kevin L. Cotton |
| 4:02CR3038 | USA v. Eugene McNeally |
| 8:03CR365 | USA v. Tony A. Johnson |
| 8:03CR385 | USA v. Jacara P. Baker |
| 8:03CR525 | USA v. Gregory C. Moore |
| 8:03CR588 | USA v. Decabooter Flowers |
| 4:03CR3053 | USA v. Richard Van Linda |
| 4:03CR3071 | USA v. John Raymond Kennon |
| 4:03CR3166 | USA v. Alfredo Morales, Jr. |
| 8:04CR36 | USA v. Hashim Amin Cawthorn |
| 8:04CR58 | USA v. Thomas Wilson |
| 8:04CR100 | USA v. Markell T. Dunn |
| 8:04CR101 | USA v. Charles L. Evans |
| 8:04CR190 | USA v. Rommel Smith |
| 8:04CR193 | USA v. Rodney Anthony |
| 8:04CR195 | USA v. Royce A. Brown |
| 8:04CR230 | USA v. Roscoe J. Vaughn, Jr. |

| | |
|---|---|
| 8:04CR278 | USA v. Miguel Suaez-Perez |
| 8:04CR397 | USA v. Nathaniel D. Murry |
| 8:05CR145 | USA v.  Caesar Hinojosa |
| 8:05CR145 | USA v. Jesus S. Hinojosa |
| 8:05CR332 | USA v. John Wayne Lindsey |
| 8:05CR406 | USA v. Gilbert A. Hernandez and Luisana Miranda |

DATED this 12th day of June, 2007.

BY THE COURT

s/Lyle E. Strom
Senior United States District Judge