IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:02CR17 |
| | ) | |
| v. | ) | |
| | ) | |
| STEPHEN SHINE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      This matter is before the Court on defendant's motion to amend PSR (Filing No. 57).  The Court has reviewed its records and finds the sentence imposed on July 24, 2002 (Filing No. 42) and subsequently reduced (Filing No. 45) has been served.  There is no basis for amending the Presentence Report.  Accordingly,

      IT IS ORDERED that defendant's motion to amend PSR is denied.

      DATED this 14th day of July, 2015.

                            BY THE COURT:

                            /s/ Lyle E. Strom

                            _____
                            LYLE E. STROM, Senior Judge
                            United States District Court